

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 11, 2011

By Facsimile
The Honorable Michael H. Dolinger
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1970
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 11 2011
```

    Re:    United States v. Earl David, et al.
           S1 11 Cr. 424 (NRB)

Dear Judge Dolinger:

    The Government respectfully submits this letter to request that the above-referenced Superseding Indictment be unsealed as the individuals named in the Indictment have all been arrested. As a result, there is no longer a law enforcement need for the Indictment to remain sealed. Additionally, unsealing the Indictment will enable the Government to respond to multiple press inquiries regarding the arrests. Therefore, the Government respectfully requests that the Court unseal the indictment in the above-captioned action.

                          Respectfully submitted,

                          PREET BHARARA
                          United States Attorney

        By: _____
             John M. Reh
             Special Assistant United States Attorney
             Telephone: (212) 637-2306

SO ORDERED: 10/11/11

_____
The Honorable Michael H. Dolinger
United States Magistrate Judge